ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern @akerman.com
Email: karen.whelan@akerman.com

*Attorneys Bank of America, N.A., Successor
by Merger to BAC Home Loans Servicing,
LP, f/k/a Countrywide Home Loans
Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>       Plaintiff,<br><br>    vs.<br><br>INSPIRADA COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and LEACH JOHNSON SONG & GRUCHOW, LTD.,<br><br>       Defendants. | Case No.: 2:16-cv-00605-MMD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF BANA'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>       Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; KYLE SCHRAMM, an individual; and KELLY SCHRAMM, an individual<br><br>       Counter/Cross Defendants. | |

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43336887;1

Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP, Inspirada Community Association, Leach Johnson Song & Gruchow, Ltd., and SFR Investments Pool 1, LLC respectfully submit the following stipulation and order to allow Bank of America an additional seven (7) days, or until November 16, 2017, to file its reply in support of its partial motion for summary judgment it filed on October 5, 2017 (ECF No. 81).

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA, 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties stipulate to extending their respective deadlines by seven (7) additional days, to November 16, 2017, to allow BANA additional time to prepare its reply due to numerous filings, discovery responses, depositions and other litigation deadlines BANA's counsel has had over the past several weeks. This is BANA's first request for an extension of this deadline and is not being made for the purpose of delay.

Dated this 9th day of November, 2017.

| **AKERMAN LLP** | **PENGILLY LAW FIRM** |
|---|---|
| _/s/ Karen Whelan_<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>KAREN A. WHELAN, ESQ.<br>Nevada Bar No. 10466<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP* | _/s/ Elizabeth Lowell_<br>ELIZABETH B. LOWELL, ESQ.<br>Nevada Bar No. 8551<br>1995 Village Center Cir., Suite 190<br>Las Vegas, Nevada 89134<br><br>*Attorney for Inspirada Community Association* |
| **KIM GILBERT EBRON** | **LEACH JOHNSON SONG & GRUCHOW, LTD.** |
| _/s/ Diana Ebron_<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Ste. 100<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | _/s/ T. Chase Pittsenbarger_<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Leach Johnson Song & Gruchow, Ltd.* |

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: ___November 13, 2017___

43336887;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572