1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: donna.wittig@akerman.com

7  *Attorneys for Bank of America, N.A.,
   Successor by Merger to BAC Home Loans
8  Servicing, LP, f/k/a Countrywide Home Loans
   Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> v. <br><br> INSPIRADA COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and LEACH JOHNSON SONG & GRUCHOW, <br><br> Defendants. | Case No.: 2:16-cv-00605-MMD-PAL <br><br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; KYLE SCHRAMM, an individual; and KELLY SCHRAMM, an individual <br><br> Counter/Cross Defendants | |

1

46741969;1

PLEASE TAKE NOTICE that, Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP, hereby provides notice that Karen A. Whelan is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A. All future correspondence, papers and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Donna M. Wittig, Esq.

Respectfully submitted, this 19th day of October, 2018.

**AKERMAN LLP**

 */s/ Donna M. Wittig*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: October 23, 2018

UNITED STATES MAGISTRATE JUDGE

46741969;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2018, and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** follows:

| | |
|---|---|
| Elizabeth B. Lowell, Esq.<br>Chad Daniel Fuss, Esq.<br>James W Pengilly, Esq.<br>Robert T Robbins, Esq.<br>Ty M Maynarich, Esq.<br>**Robbins Law Firm**<br>1995 Village Center Cir., Ste. 190<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Inspirada Community Association* | Diana Cline Ebron, Esq.<br>Jacqueline A. Gilbert, Esq.<br>Karen L. Hanks, Esq.<br>Howard C. Kim, Esq.<br>**Kim Gilbert Ebron**<br>7625 Dean Martin Dr., Ste. 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

46741969;1