ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Bank of America, N.A.,
Successor by Merger to BAC Home Loans
Servicing, LP, f/k/a Countrywide Home
Loans Servicing, LP*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>v.<br><br>INSPIRADA COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00605-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES TO MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 109, 110, 111]**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br>v.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; KYLE SCHRAMM, an individual; and KELLY SCHRAMM, an individual<br><br>Counter/Cross Defendants | |

Bank of America, N.A., Inspirada Community Association, and SFR Investments Pool 1,

1

47611708;1

LLC stipulate to extending all parties' deadline to respond to the motions for summary judgment, ECF Nos. 109, 110, 111, for an additional 14 days or until February 11, 2019.

BANA, Inspirada and SFR moved for summary judgment on January 7, 2019. (ECF Nos. 109, 110, 111.) The opposition deadline is January 28, 2019. *See* L.R. 7-2(d).

The parties stipulate to extending the opposition deadline by fourteen days, from January 28, 2019 to February 11, 2019, to allow additional time to prepare their briefing.

This is the parties' first request to extend its opposition briefing deadline. The parties do not make this request to cause delay or prejudice any party.

DATED January 24th, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Donna M. Wittig* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 10466 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |
| **LEACH KERN GRUCHOW ANDERSON SONG** <br><br> */s/ Timothy C. Pittsenbarger* <br> SEAN L ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> TIMOTHY C. PITTSENBARGER, ESQ. <br> Nevada Bar No. 13740 <br> 2525 Box Canyon Dr. <br> Las Vegas, NV 89128 <br><br> *Attorneys for Inspirada Community Ass'n* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 24, 2019

47611708;1