UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>INSPIRADA COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; LEACH JOHNSON SONG & GRUCHOW, LTD.,<br><br>Defendants. | Case No. 2:16-cv-00605-MMD-PAL<br><br>ORDER |

Three motions for summary judgment are pending in this case involving a homeowners association's foreclosure sale. (ECF Nos. 109, 110, 111.) Plaintiff Bank of America, N.A. ("BANA") argues that it is entitled to summary judgment on its quiet title/declaratory judgment claim because, among other things, BANA tendered the superpriority portion of the HOA's lien. (ECF No. 110 at 5-10.) But the parties' briefing concluded before the Nevada Supreme Court issued a significant decision regarding tender in *Bank of Am., N.A. v. Thomas Jessup, LLC Series VII*, No. 73785, 2019 WL 1087513 (Nev. Mar. 7, 2019), that may affect the outcome of the pending motions for summary judgment.

The Court will allow the parties an opportunity to address the applicability of *Thomas Jessup* to the facts of this case in supplemental briefs no more than five pages in length. These briefs must be filed within ten days of the date of this order.

DATED THIS 13th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE